# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0955
LT Case No. 2023-CC-005783

_____

MAISHA HILL,

    Appellant,

    v.

RANDY MERRITT, NIKKI RAY,
IGHAL GOLDFARB, AND DEIGO B.
GOLDFARB,

    Appellees.

_____


On appeal from the County Court for Duval County.
Kelly Eckley-Moulder, Judge.

Maisha Hill, Charlotte, NC, pro se.

Dale G. Westling, of Dale G. Westling,Sr., PA,
Jacksonville, for Appellees.

June 13, 2025


PER CURIAM.

    Due to Appellant's apparent abuse of the legal process by her repetitive and frivolous pro se filings attacking the final judgment of dismissal entered in Duval County Court Case Number 2023-CC-005783, this Court issued an order dated May 19, 2025, directing Appellant to show cause why she should not be prohibited from future pro se filings in this case. Having carefully

considered the response and finding it fails to show cause why sanctions should not be imposed, we conclude that Appellant is abusing the judicial process and should be barred from further pro se filings in this case.

In order to conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se filings concerning Duval County Court Case No. 2023-CC-005783. The Clerk of this Court is directed not to accept any further pro se filings concerning the referenced case. The Clerk will summarily reject any future filings regarding the referenced case unless filed by a member in good standing of The Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough.").

APPELLANT PROHIBITED.

EDWARDS, C.J., and LAMBERT and SOUD, JJ., concur.